LOUISVILLE & N. R. CO. v. WESTERN UNION TELEGRAPH CO. (Circuit Court of Appeals, Fifth Circuit. April 1, 1913. Rehearing Denied May 5, 1913.) No 2,458. In Error to the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. Action at law by the Louisville & Nashville Railroad Company against the Western Union

† Rehearing denied June 2, 1913.

Telegraph Company. Judgment for defendant, and plaintiff brings error. Affirmed. George Denegre, Joseph Paxton Blair, and Victor Leovy, all of New Orleans, La., for plaintiff in error. Charles Payne Fenner, of New Orleans, La., for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and SHEPPARD, District Judge.

PER CURIAM. We find no error in the rulings in the court below. The judgment is therefore affirmed.